UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA STOCKTON**                                                                                            **PLAINTIFF**
**ADC #169885**

v.                                    Case No. 4:23-cv-00806-KGB

**SHELTON, Sergeant,**
**Ester Unit, ADC**                                                                                           **DEFENDANT**

## ORDER

Before the Court are the Partial Recommended Disposition of United States Magistrate Judge Joe J. Volpe dated September 4, 2024 (Dkt. No. 15), and the Partial Recommended Disposition of Judge Volpe dated March 18, 2025 (Dkt. No. 38) (collectively "Partial Recommendations"), and the Recommended Disposition of Judge Volpe January 9, 2026 ("Recommendation") (Dkt. No. 66). No party has filed objections to either the Partial Recommendations or the Recommendation, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Partial Recommendations and the Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. The Court adopts the Partial Recommended Disposition of Judge Volpe dated September 4, 2024 (Dkt. No. 15), and the Court dismisses without prejudice plaintiff Joshua Stockton's Fourteenth Amendment claim (Dkt. Nos. 1; 7).

2. The Court adopts the Partial Recommended Disposition of Judge Volpe dated March 18, 2025 (Dkt. No. 38), and the Court grants the motion for partial summary judgment on the issue of exhaustion filed by defendants Joe Paige, III, Lee Randle, and Deitrich Jones (Dkt.

No. 32). Paige, Randle, and Jones are dismissed without prejudice as defendants from the lawsuit.

3. The Court adopts the Recommendation of Judge Volpe dated January 9, 2026 (Dkt. No. 66), and the Court grants the motion for summary judgment of defendant Sergeant LaTonya Shelton (Dkt. No. 59). Stockton's Eighth Amendment claim against Shelton is dismissed with prejudice.

It is so ordered this 28th day of January, 2026.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Judge