UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA STOCKTON**  **PLAINTIFF**
**ADC #169885**

v.   Case No. 4:23-cv-00806-KGB

**SHELTON, Sergeant,**
**Ester Unit, ADC**   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Joshua Stockton's complaint and amended complaint are dismissed consistent with the terms of this Court's Order (Dkt. Nos. 1; 7).   The relief sought is denied.

It is so adjudged this 28th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge